IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Francis Akinro,
U.S. Solicitor General, and
Assistant U.S. Attorney General,
℅ 3556 Lyndale Ave,
Baltimore, MD 21213
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 APR -6 P 2: 15
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

L10CV0865

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

vs.

Walmart Does
7000 Marina Blvd,
Brisbane, CA 94005
newsletters@walmart.com
*(Full name and address of the defendant(s))*
**Defendant(s)**

********

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐   Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒   Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐   Other (explain) _____
   _____
   _____

2.  The facts of this case are:

Defendant Walmart open a line of credit for me in year 2009. Mr. Joseph Badejo, Iya Lekan and others from Nigeria take over this account in order to prevent me from using any credit card in United States. These people are ruling me like government, they will prepared and send me bills like if they were Walmart and be collecting the money I pay to them to settle it. Even though they known that this violate 15 U.S.C. section 302 fair credit billing act as provided for protection of consumer against inaccurate and unfair credit billing and credit card practices. Due to this the court should punished Josep Badejo and others who conspirate with him to blockage my credit card to thirty years imprison each.

Government gave serries of account to Walmart located at Chrenshaw plaza last year including one hundred million dollars, four hundred thousand million, thirty thousand trillions and three hundred and seventy thousand millions trillions dollars, to their staff and customers. These people are preventing me to received my part of this money even though they put it on my credit card I cannot claim it because the peoples are preparing my account and they will blockage me and will not appear in my statement of account. I am claim in this case thirty thousand trillion dollars and three hundred and seventy thousand trillion dollars making a total of four hundred thousand trillion dollars. The court should rule against Walmart and order them to pay four hundred thousand trillion dollars to me. Additional ground for the court to grant the complaint are stated in my motion which I submitted with this complaint.

3. The relief I want the court to order is:

☒ Damages in the amount of: Four Hundred Thousand trillion

☒ An injunction ordering: Walmart to remove their blockage from Plaintiff Francis Akinro Credit card.

☒ Other (explain) The Court to sentence Joseph Badejo, Laide Badejo, Felicia Abina, Gbenga Abina, Iya Lekan, Iya Idowu, Iya Jombu, Brandley, Iya Osho, Winbroger, Iya Alake, Iya Aleke, Jide Oladimeji, Yinka Oladimeji, Diana, Kike Adeshina, Catherine C. Blake, Iya Folawe, Remi Abon, Tayo Abon, Remi Mother, and Chief Olotuah to thirty years imprison each.

*HAkinro*
(original signature of plaintiff)

Professor Francis Akinro
3556 Lyndale Ave,
Baltimore, MD 21213.

Professor Francis Akinro,
U.S. Solicitor General, and
Assistant U.S. Attorney General,
C/o 3556 Lyndale Ave,
Baltimore, MD 21213.
(address of plaintiff)